**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| MILTON FERNANDEZ MORA | CIVIL ACTION NO. 26-3118 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN RICHWOOD CORRECTIONAL CENTER | MAGISTRATE JUDGE LEBLANC |

# ORDER

Milton Fernandez Mora ("Petitioner") has filed a petition for writ of habeas corpus, Record Document 1, and a motion for preliminary injunction, Record Document 3. The habeas petition is **REFERRED** to the Magistrate Judge for report and recommendation. Record Document 1. For the following reasons, the motion for preliminary injunction is **DENIED**. Record Document 3.

The Petitioner asks for an order prohibiting his transfer to another jurisdiction. Such a transfer would not deprive the Court of jurisdiction, and therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

The Petitioner also seeks immediate release. As such, the motion mirrors the same relief demanded in his habeas petition. "Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now…The Court will not allow Petitioner to commit an end-run

around the habeas process." *Da Silva v. Tellez*, No. 25-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025). Therefore, he is not entitled to injunctive relief.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of August, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE